Filing # 246959342 E-Filed 04/28/2026 09:56:54 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

JAMIE DUNAWAY and
BRYAN DUNAWAY

    Plaintiff

vs.

                                      CASE NO: *2026 CA 001436 –*

CHUBB INSURANCE COMPANY OF NEW JERSEY
a Foreign Corporation,

                                    ~~DIVISION~~    *CAAXWS*

    Defendant.

_____/

## COMPLAINT FOR DECLARATORY RELIEF
## AND DEMAND FOR JURY TRIAL

The Plaintiffs, JAMIE DUNAWAY and BRYAN DUNAWAY ("Plaintiffs"), by and through their attorney, sues the Defendants, CHUBB INSURANCE COMPANY OF NEW JERSEY ("CHUBB") and in further support thereof states as follows:

### JURSIDCITION AND VENUE

1. The amount in controversy in this action exceeds Fifty Thousand ($50,000.00) Dollars, exclusive of interest and costs.

2. This is also an action for declaratory relief pursuant to section 86.011, Florida Statutes.

3. At all times relevant, Plaintiffs were natural persons residing in Pasco County, Florida.

4. Defendant CHUBB was, at all times relevant to this Complaint, a New Jersey Corporation which maintained agents in Pasco County, Florida for purposes of transacting its normal business.

5.    Venue is proper in this Court as the subject insurance policy was issued for delivery in Florida and the subject automobile collision that forms the basis of this case occurred in Pasco County, Florida.

## FACTS COMMON TO ALL COUNTS

6.    On July 22, 2023 CHUBB issued an insurance policy bearing policy number AU-3805-73-55 to "Harry & Jane Hinkleman c/o Heidi Bote." See "Exhibit A."

7.    The insurance policy referenced in paragraph 6 above ("the policy") was issued for delivery in Orlando, FL as on the date of the policy's inception Harry and Jane Hinkleman were residing with their daughter, Heidi Bote, at the address in Orlando, FL listed on the declarations page.

8.    A complete copy of the policy is attached to this Complaint as "Exhibit B."

9.    The policy's declarations page describes two automobiles as "covered autos." For purposes of this Complaint, one of the "covered autos" under the policy is identified as a 2001 Cadillac with a VIN ending in 109542. See "Exhibit A."

10.    Prior to July 10, 2022, the 2001 Cadillac was owned solely by Harry Hinkleman.

11.    On or about July 10, 2022, Harry Hinkleman purported to "gift" the 2001 Cadillac to his grandson, Ryan Fredrickson.

12.    Upon information and belief, on or about July 10, 2022, Harry Hinkleman purported to gift the other vehicle listed on the policy, a 2011 GMC with a VIN ending in 176968, to another of his grandchildren.

13.    On or about September 2, 2022, Ryan Fredrickson titled the 2001 Cadillac in his name.

14.    Following Ryan Fredrickson titling the 2001 Cadillac in his name in September

2022, Heidi Bote, on behalf of her parents, contacted Chubb requesting that the policy be cancelled as Harry Hinkleman no longer owned either vehicle on the policy.

15.    Despite that request CHUBB did not cancel the policy and it remained in full force and effect until it expired on its own terms in July 2023.

16.    CHUBB did not return any unearned premiums following Heidi Bote's cancellation request as the policy was paid in full in advance.

17.    Upon information and belief, following Heidi Bote's request in or around September 2022, CHUBB collected an additional payment in the amount of $45.00.

18.    On January 23, 2023, Ryan Fredrickson was involved in an automobile collision while operating the 2001 Cadillac with a VIN ending in 109542.

19.    The January 23, 2023 collision resulted in significant injuries to Jamie Dunaway.

20.    As a result of the January 23, 2023 collision, Jamie Dunaway filed a lawsuit in the circuit court in Pasco County, Florida against Harry Hinkleman and Ryan Fredrickson ("the underlying lawsuit").

21.    The underlying lawsuit was apparently tendered to CHUBB for indemnity and defense as CHUBB provided a defense and retained counsel to defend Harry Hinkleman but not Ryan Fredrickson.

22.    A default was subsequently entered against Ryan Fredrickson in the underlying lawsuit based on his failure to serve any response to the complaint.

23.    Defense counsel retained by CHUBB to represent Harry Hinkleman has sought summary judgment on the grounds that Harry Hinkleman did not own the 2001 Cadillac on the date of the January 23, 2023 collision and therefore there is no basis for imposing liability on Harry Hinkleman for Jaime Dunaway's injuries.

## COUNT I
## DECLARATORY JUDGMENT ACTION AGAINST CHUBB

24.    The Plaintiffs reallege and incorporate the allegations contained in Paragraphs 1-23 as if fully set forth herein.

25.    This action presents a bona fide need for a judicial determination as to the rights and responsibilities of Plaintiffs and CHUBB as it relates to the personal automobile insurance policy bearing policy number AU-3805-73-55.

26.    The policy at issue provided liability coverage for two "covered autos" as that term is defined in the policy, one of which was the 2001 Cadillac which was involved in the January 23, 2023, collision which resulted in injury to Jaime Dunaway.

27.    Specifically, the policy defines "your covered auto" as "any vehicle shown in the Declarations."

28.    The policy's liability coverage is found in "Part A" which provides that "[CHUBB] will pay damages for bodily injury or property damage for which any Covered Insured becomes legally responsible because of an auto accident."

29.    One of the policy's definitions of a "covered insured" is "any person using your covered auto."

30.    Accordingly, when Ryan Fredrickson was operating the 2001 Cadillac on January 23, 2023 he fit the definition of "any person using your covered auto."

31.    Additionally, Ryan Fredrickson became legally responsible for the bodily injuries sustained by Jamie Dunaway when the default was entered in the underlying case, with only the amount damages to be determined by a jury.

32.    Therefore, the CHUBB policy provides coverage for the claims against Ryan Fredrickson arising out of the January 23, 2023, collision.

WHEREFORE, the Plaintiffs seek a declaratory judgment by this Court against the Defendant, CHUBB holding that the claims brought by Jamie Dunaway and Bryan Dunaway against Ryan Fredrickson arising out of the January 23, 2023 automobile collision are covered under the CHUBB policy and awarding the Plaintiffs taxable costs, and any other relief to which Plaintiffs are entitled and respectfully request a trial by jury of all issues so triable.

DATED this 28th day of April, 2026

*/s/ Jonathan N Zaifert*
**JONATHAN N. ZAIFERT, Esquire**
Florida Bar No.: 14100
Caglianone, Miller & Zaifert, P.A.
1580 W. Cleveland Street
Tampa, FL 33606
(813) 314-9346
jzaifert@cagmil.com
trogers@cagmil.com
Attorneys for Plaintiffs