**PASCO** COUNTY



NIKKI ALVAREZ-SOWLES, ESQ.
CLERK OF THE CIRCUIT COURT & COMPTROLLER

 **OCRS** ONLINE COURT RECORDS SEARCH
POWERED BY CIVITEK

- Search
- Help

**Back**

New Search  Collapse All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 512026CA001436CA/ [2026CA001436CAAXW | 04/28/2026 | Circuit Civil 3-C | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 04/28/2026 | Insurance Claims | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| LEWIS, KEMBA DAMALI JOHNSON | JUDGE | | |
| DUNAWAY, JAMIE   Search This Party | PLAINTIFF | ZAIFERT, JONATHAN NEIL | 14100 |
| DUNAWAY, BRYAN   Search This Party | PLAINTIFF | ZAIFERT, JONATHAN NEIL | 14100 |
| CHUBB INSURANCE COMPANY OF NEW   Search This Party | DEFENDANT | DICKENSON, JOHN-DAVID | 575801 |

**Dockets**

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 9 | 06/12/2026 | Notice of Appearance and Designation of Email Address | 2 |
| | 8 | 05/20/2026 | Notice of Filing RETURNS OF SERIVCE | 1 |
| | 7 | 05/12/2026 | Summons Issued by Clerk | 2 |
| | 6 | 05/05/2026 | Case Management Statement | 3 |
| | 5 | 05/05/2026 | Letter of ITEMS NEEDED | 1 |
| | 4 | 04/28/2026 | Complaint | 5 |
| | 3 | 04/28/2026 | Summons to be Issued by Clerk | 2 |
| | 2 | 04/28/2026 | Civil Cover Sheet | 3 |
| | 1 | 04/28/2026 | Case 512026CA001436CAAXWS Filed with Clerk on 4/28/2026 | |

**Judge Assignment History**

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 04/29/2026 | - | LEWIS, KEMBA JOHNSON | |

**Court Events**

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

**Financial Summary**

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $410.00 | $410.00 | $0.00 | $0.00 | - |

**Reopen History**

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

Accessibility Policy