**PASCO** COUNTY

**NIKKI ALVAREZ-SOWLES, ESQ.**
CLERK OF THE CIRCUIT COURT & COMPTROLLER

  **OCRS** ONLINE COURT RECORDS SEARCH
POWERED BY CIVITEK

- Search
- Help

**Back**

New Search   Collapse All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 512026CA001436CA/ [2026CA001436CAAXW | 04/28/2026 | Circuit Civil 3-C | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 04/28/2026 | Insurance Claims | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| LEWIS, KEMBA DAMALI JOHNSON | JUDGE | | |
| DUNAWAY, JAMIE   Search This Party | PLAINTIFF | ZAIFERT, JONATHAN NEIL | 14100 |
| DUNAWAY, BRYAN   Search This Party | PLAINTIFF | ZAIFERT, JONATHAN NEIL | 14100 |
| CHUBB INSURANCE COMPANY OF NEW   Search This Party | DEFENDANT | DICKENSON, JOHN-DAVID | 575801 |

**Dockets** ☐

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 9 | 06/12/2026 | Notice of Appearance and Designation of Email Address | 2 |
| 📋 | 8 | 05/20/2026 | Notice of Filing RETURNS OF SERIVCE | 1 |
| 📋 | 7 | 05/12/2026 | Summons Issued by Clerk | 2 |
| 📋 | 6 | 05/05/2026 | Case Management Statement | 3 |
| 📋 | 5 | 05/05/2026 | Letter of ITEMS NEEDED | 1 |
| 📋 | 4 | 04/28/2026 | Complaint | 5 |
| 📋 | 3 | 04/28/2026 | Summons to be Issued by Clerk | 2 |
| 📋 | 2 | 04/28/2026 | Civil Cover Sheet | 3 |
| | 1 | 04/28/2026 | Case 512026CA001436CAAXWS Filed with Clerk on 4/28/2026 | |

**Judge Assignment History** ☐

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 04/29/2026 | - | LEWIS, KEMBA JOHNSON | |

**Court Events** ☐

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

**Financial Summary** ☐

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $410.00 | $410.00 | $0.00 | $0.00 | - |

### Reopen History

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

Accessibility Policy

**SUMMONS**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

JAMIE DUNAWAY and
BRYAN DUNAWAY

      Plaintiff

CASE NO:
Div:

vs.

CHUBB INSURANCE COMPANY OF NEW JERSEY
a Foreign Corporation,

      Defendant.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State: **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the complaint in this lawsuit upon the Defendant: *CHUBB INSURANCE COMPANY OF NEW JERSEY C/O FLA CFO 200 E GAINES STREET, TALLAHASSEE, FL* 32399
Each defendant is required to serve written defenses to the Complaint or Petition on **Jonathan N. Zaifert, Esq.,** Plaintiff's attorney, whose address is **Caglianone, Miller & Zaifert, P.A., 1580 West Cleveland Street, Tampa, FL 33606** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____

Attorney for Plaintiff:   Jonathan N. Zaifert
Address:            1580 West Cleveland Street
                      Tampa, FL 33606
Phone:             813-314-9346
Florida Bar No.:       14100

               **WITNESS** the seal of said court on   _____, 2026.

               CLERK OF THE CIRCUIT COURT

(Court Seal)           BY:_____
                    Deputy Clerk

UNOFFICIAL DOCUMENT

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier cidessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).  Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.



# Office of Nikki Alvarez-Sowles, Esq.
# Pasco County Clerk & Comptroller

May 5, 2026                                          Case: 2026CA001436CAAXWS

JONATHAN N ZAIFERT
1580 WEST CLEVELAND STREET
TAMPA, FL 33606

RE: JAMIE DUNAWAY Vs. CHUBB INSURANCE COMPANY OF NEW JERSEY

Dear JONATHAN N ZAIFERT:

Filing fees and service charges were revised by the Florida Legislature effective June 1, 2009.  You may obtain the current filing fees by visiting our website at www.pascoclerk.com.

On APRIL 28, 2026 you filed a SUMMONS TO BE ISSUED. PURSUANT TO ADMINISTRATIVE ORDER 2025-006 PLAINTIFF/PLAINTIFF'S COUNSEL MUST FILE A GENERAL OR STREAMLINED CASE STANDING ORDER. Please be advised that summonses will not be issued until THIS DOCUMENT IS RECEIVED. Please advise us on how you would like to proceed.


If you would like to discuss any of these options or any other questions, please do not hesitate to contact our office.

Thank you for your attention to this matter.

Sincerely,

2026CA001436CAAXWS 5/5/2026 9:35:41 AM
Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller

2026CA001436CAAXWS 5/5/2026 9:35:41 AM
Deputy Clerk: MAGGIE SCHABILION

UNOFFICIAL DOCUMENT

Nikki Alvarez-Sowles, Esq., Pasco County Clerk & Comptroller 5/5/2026 9:35:41 AM

Filing # 247510316 E-Filed 05/05/2026 02:28:01 PM                                    DIN: 6

IN AND FOR PASCO COUNTY, FLORIDA

CIVIL DIVISION

JAMIE DUNAWAY and
BRYAN DUNAWAY

    Plaintiff

vs.                                                    CASE NO: 2026CA001436CAAXWS
                                                       ~~DIVISION~~

CHUBB INSURANCE COMPANY OF NEW JERSEY
a Foreign Corporation,

    Defendant.

## DIFFERENTIATED CIVIL CASE MANAGEMENT ORDER (CMO)

## FOR JURY TRIAL IN A GENERAL CASE

THIS MATTER, having been presumptively designated as a general case, and otherwise being more fully advised, hereby finds it is,

ORDERED AND ADJUDGED as follows:

1. The maximum periods for the deadlines in jury trials are as follows:

   a. Plaintiff shall have **120 days** from the date of filing the complaint to serve all Defendants. Extensions for service of the complaint shall be allowed upon a showing of good cause.

   b. The Plaintiff shall file the Notice of Completion of Service of Process and Case Status Report within **10 days** of service of the complaint on the last Defendant.

   c. **Within 30 days**, the parties shall file a Stipulated Case Management Order in compliance with Fifth Judicial Circuit Administrative Order A-2024-59.

   d. The parties shall give notice of any potential additional parties within **90 days** of the date of the CMO.

    e. All objections and motions directed to pleadings shall be resolved within **120 days** of the date of the CMO.

    f.  Additional parties shall be added within **180 days** of the date of this CMO unless good cause is demonstrated.

    g. Fact discovery, including depositions of fact witnesses, shall be completed within **12 months** of the date of the CMO.

    h. Expert discovery, including expert depositions, shall be completed within **12 months** of the date of the CMO.

    i.  All pretrial motions shall be resolved before the pretrial conference.

    j.  Mediation shall occur within **15 months** of the date of the CMO.

    k. The projected trial date for this matter is **18 months** from the date of filing the complaint.

2. If any party wishes to object to the presumptive case differentiate, an objection shall be filed within **20 days** from the date of service of the Order.

3. Any party may seek modification of this Order for cause shown.

4. The presiding judge will schedule a certain trial date when a case is at issue upon motion and notice of a party pursuant to Florida Rule of Civil Procedure 1.440 and enter an Order Setting Case for Trial and Pretrial Conference. Any such pretrial order shall supersede the CMO.

5. Failure to comply with the provisions of this Order may result in dismissal of the case or other sanctions.

6. The Plaintiff shall promptly notify the presiding judge if the case is settled.

7. Plaintiff shall serve a copy of this Order along with the summons upon all other parties.

8. Within five (5) days from the date of e-service, Plaintiff's counsel shall serve a copy of this Order to each self-represented party by US Mail, first class, postage paid and file a Certificate signed by said counsel that service has been made as set forth herein.

    DONE AND ORDERED this    day of May, 2026.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing document has been served this _ day of May, 2026 via the Florida Courts E-Filing Portal which will provide an electronic service copy to all involved parties and/or counsel at the designated email addresses listed therein. Plaintiff's counsel shall ensure that any *pro se* party receives a copy of this Order via U.S. Mail and shall file a certificate of compliance with this requirement in this action reflecting same.

## SUMMONS

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

JAMIE DUNAWAY and
BRYAN DUNAWAY

      Plaintiff

CASE NO:   2026CA001436CAAXWS
Div:

vs.

CHUBB INSURANCE COMPANY OF NEW JERSEY
a Foreign Corporation,

      Defendant.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State: **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the complaint in this lawsuit upon the Defendant: ***CHUBB INSURANCE COMPANY OF NEW JERSEY C/O FLA CFO 200 E GAINES STREET, TALLAHASSEE, FL*** 32399
Each defendant is required to serve written defenses to the Complaint or Petition on **Jonathan N. Zaifert, Esq.,** Plaintiff's attorney, whose address is **Caglianone, Miller & Zaifert, P.A., 1580 West Cleveland Street, Tampa, FL 33606** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____May 12, 2026_____

| | |
|---|---|
| Attorney for Plaintiff: | Jonathan N. Zaifert |
| Address: | 1580 West Cleveland Street |
| | Tampa, FL 33606 |
| Phone: | 813-314-9346 |
| Florida Bar No.: | 14100 |

**WITNESS** the seal of said court on _____May 12, 2026_____, 2026.

CLERK OF THE CIRCUIT COURT

(Court Seal)

Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2026CA001436CAAXWS 05-12-2026 12:42 PM
Deputy Clerk: Leah Gallo

UNOFFICIAL DOCUMENT

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier cidessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).  Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

JAMIE DUNAWAY and
BRYAN DUNAWAY

     Plaintiff

vs.

CHUBB INSURANCE COMPANY OF NEW JERSEY
a Foreign Corporation,

     Defendant.

_____/

CASE NO: 26-CA-1436CAAXWS
DIVISION

### PLAINTIFFS' NOTICE OF FILING RETURNS OF SERIVCE

**COMES NOW** the Plaintiffs, JAMIE DUNAWAY and BRYAN DUNAWAY by and through the undersigned attorney, and hereby gives notice of filing *Returns of Service to Defendant. Chubb Insurance Company of New Jersey* which is attached hereto.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by Florida E-Portal to all parties on the service list on this 20th day of   May 2026

*/s/ Jonathan N Zaifert*
**JONATHAN N. ZAIFERT, Esquire**
Florida Bar No.: 14100
Caglianone, Miller & Zaifert, P.A.
1580 W. Cleveland Street
Tampa, FL 33606
(813) 314-9346
jzaifert@cagmil.com
trogers@cagmil.com
Attorneys for Plaintiffs

Filing # 246959342 E-Filed 04/28/2026 09:56:54 AM    DIN: 7

## SUMMONS
### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
### IN AND FOR PASCO COUNTY, FLORIDA
### CIVIL DIVISION

DATE: *5-18-26*
TIME: *1:42 PM*
SERVER: *CT*
ID# *1564*

JAMIE DUNAWAY and
BRYAN DUNAWAY

    Plaintiff

CASE NO:    2026CA001436CAAXWS
Div:

vs.

CHUBB INSURANCE COMPANY OF NEW JERSEY
a Foreign Corporation,

    Defendant.

_____/

*⊛ To Be Served on the Registered Agent:*
*CT Corporation System*
*1200 S. Pine Island Rd.*
*Plantation, FL 33324*

*ⒶⓊ 05/13/2026*

THE STATE OF FLORIDA:

To Each Sheriff of the State: **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the complaint in this lawsuit upon the Defendant: ***CHUBB INSURANCE COMPANY OF NEW JERSEY C/O*** ~~*FLA CFO 200 E GAINES STREET, TALLAHASSEE, FL 32399*~~ ⊛
Each defendant is required to serve written defenses to the Complaint or Petition on **Jonathan N. Zaifert, Esq.,** Plaintiff's attorney, whose address is **Caglianone, Miller & Zaifert, P.A., 1580 West Cleveland Street, Tampa, FL 33606** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON**   May 12, 2026   _____

Attorney for Plaintiff:    <u>Jonathan N. Zaifert</u>
Address:    <u>1580 West Cleveland Street</u>
        Tampa, FL 33606
Phone:    813-314-9346
Florida Bar No.:    14100

**WITNESS** the seal of said court on   May 12, 2026   _____, 2026.

### CLERK OF THE CIRCUIT COURT

(Court Seal)

Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2026CA001436CAAXWS 05-12-2026 12:42 PM
Deputy Clerk: Leah Gatto

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier cidessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).  Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 250265640 E-Filed 06/12/2026 01:30:47 PM

IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT, IN AND FOR PASCO COUNTY, FLORIDA

CASE NO.:  2026-CA-001436-CAAXWS

JAMIE DUNAWAY and
BRYAN DUNAWAY,

      Plaintiff,

v.

CHUBB INSURANCE COMPANY OF NEW JERSEY
a Foreign Corporation,

      Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

**PLEASE TAKE NOTICE** that John David Dickenson, Esq. and Alexandra J. Schultz, Esq. of the law firm of Cozen O'Connor hereby give notice of their appearance as counsel on behalf of Defendant, CHUBB INSURANCE COMPANY OF NEW JERSEY, in the above styled matter.  All parties are requested to serve copies of all filings, pleadings, and correspondence to the undersigned counsel, who submit the following email addresses in accordance with Florida Rule of Judicial Administration 2.515(a):

**Primary:**    John David Dickenson, Esq. – jdickenson@cozen.com
                 Alexandra J. Schultz, Esq. – aschultz@cozen.com

**Secondary:**   luehara@cozen.com

Respectfully submitted,

**COZEN O'CONNOR**

By:  _/s/  John David Dickenson_
      John David Dickenson, Esq.
      Florida Bar No. 575801
      jdickenson@cozen.com
      luehara@cozen.com
      1801 N. Military Trail, Ste. 200
      Boca Raton, FL 33431
      Telephone:  (561) 515-5260

      Alexandra J. Schultz
      Florida Bar No. 122100
      aschultz@cozen.com
      luehara@cozen.com
      1801 N. Military Trail, Ste. 200
      Boca Raton, FL 33431
      Telephone: (561) 515-5205
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's e-Filing Portal this 12th day of June, 2026 on All Counsel listed on the following Service List.

      _/s/  John David Dickenson_
      John David Dickenson

**SERVICE LIST**
*Attorneys for Plaintiffs*
Jonathan N. Zaifert, Esq.
CAGLIANONE, MILLER & ZAIFERT, P.A.
1580 W. Cleveland Street
Tampa, FL 33606
Telephone: (813) 314-9346
jzaifert@cagmil.com
trogers@cagmil.com

2