# EXHIBIT "2"

**JOSEPH A. LOWMAN, ESQ.**
**STEPHANIE A. LOWMAN, ESQ.**
**BRENT M. LOWMAN, ESQ., CPA**
**MATTHEW M. DONALDSON, ESQ.**

**LOWMAN**
**L A W ◆ F I R M**

**VINCENT M. MASSARO, ESQ.**
**JOSEPH "ALEX" LAO, ESQ.**
Of Counsel · Board Certified Civil Trial Attorney
**JOHN MCBRIDE, ESQ.**
Board Certified Civil Trial Attorney

www.LowmanLawFirm.com
SEND ALL CORRESPONDENCE TO:
31 S. Main Street, Brooksville, FL 34601
Office: 352-796-0016 • Facsimile: 352-797-7414

August 23, 2023

**SENT VIA EMAIL & CERTIFIED MAIL: 9171 9690 0935 0310 2578 18**

Chubb
P.O. Box 4700
Chesapeake, VA 23327

Email: **Besim.Basha@chubb.com; USAutoClaims@chubb.com;**
**Crystal.Campbell@chubb.com; us_casualty_claims@chubb.com**

RE:    **My Client:**       **Jamie Dunaway**
       **Your Insureds:**   **Ryan Fredrickson, Harry Hinkleman and Jane Hinkleman**
       **Claim Number(s):** 040523003493
                            040523021644
       **Date of Loss:**    1/23/2023

To whom it may concern:

**We have attached the Complaint in Pasco County case no. 2023-CA-002635 filed on March 24, 2023, against your insured(s), whom we are in the process of serving. This letter is intended as one final attempt to resolve this claim in good faith. This lawsuit was filed to protect our client's legal rights and requires this case be governed by the laws in effect prior to the recent legislation.**

**The following information is intended to allow your company a final opportunity to resolve this lawsuit against your insured(s). No extensions will be permitted. If these settlement conditions are met, we will not continue with the litigation, and we will file a dismissal with prejudice for your insured(s) in the above-referenced lawsuit. If the conditions are not met, we will pursue a recovery in excess of your insured'(s) policy limits.**

**SUMMARY OF THE FACTS:**

Due to the negligence of your driver, who was traveling at **80 miles per hour** and suspected and tested for **DUI**, Jamie Dunaway suffered significant bodily injury, including **loss of consciousness of unknown duration** and traumatic brain injury, several broken bones, and surgical intervention:

- Fractures of the right superior pubic ramus extending into the pubic symphysis;
- Fractures of the 1st and 10th ribs and sacrum (S1);

OFFICE LOCATIONS

31 S. Main St., Brooksville, FL 34601    600 S.E. US Hwy. 19, Crystal River, FL 34427    14233 7th St., Dade City, FL 33523    609 W. Azele St., Tampa, FL 33606
Office: 352-796-0016               Office: 352-651-5111              Office: 352-437-7777              Office: 813-317-5927

040523003493

Besim Basha                                                                CLIENT: Jamie Dunaway
Chubb                                                                       DOL: 01/23/23
Page 2 of 3

- Spinous process fractures involving T5 and T6;
- Distal left internal carotid artery with dissection/hematoma.
- **<u>\*\*\*New information: retinal hole</u>**
- **<u>\*\*\*New information: Traumatic brain injury as indicated by Brain MRI dated 7-11-23 indicating white matter impairment and axonal injury</u>**

As a result of her injuries, Ms. Dunaway has also suffered a <u>significant loss of past income and future earning capacity</u> with the Hernando County Sheriff's Office protecting the community.

Please find enclosed supplemental medical records and bills received from our client subsequent to our last correspondence on February 24, 2023 – <u>to which no response was received, **inexplicably**</u>. A copy of this correspondence has been included, as well. Please also find enclosed an executed **blank medical authorization** signed by our client, which you can use to obtain any medical information you so desire.

Please also find enclosed <u>**screenshots from the driver's Facebook profile**</u>, which show continued drug and alcohol use despite the fact that his negligence caused catastrophic and life-altering injuries to my client.

## DEMAND

<u>BASED UPON THE FOREGOING, DEMAND IS HEREBY MADE FOR YOUR INSURED'(S) POLICY LIMITS. NOTE: TO ACCEPT THIS OFFER, YOU MUST HAVE MET THE FOLLOWING CONDITIONS WITHIN 10 DAYS OF RECEIPT OF THIS LETTER:</u>

1. **YOU MUST NOTIFY LOWMAN LAW FIRM, IN WRITING, WITHIN <u>10 DAYS</u> OF YOUR INTENT TO TENDER YOUR INSURED'S POLICY LIMITS.**

2. Your check/draft and acceptable Release must be **received** in our office at 31 S. Main Street, Brooksville, FL 34601 within **21 days** of receipt of this demand.

   **Payee: Lowman Law Firm Trust**
   **f/b/o Jamie Dunaway**
   **(Tax Identification Number: 20-2733544)**

3. **You must send the settlement check at the same time or before you send the release.**

4. **Your insured(s) must complete and sign under oath the enclosed Financial Affidavit indicating there are not sufficient assets to satisfy any financial judgment. However, we understand obtaining the Financial Affidavit from your insured(s) may be difficult. In the event you are unable to reach your insured(s) or obtain the financial information requested form your insured(s) within the time frame, please contact my office to discuss what options we may have to bring this matter to a resolution.**

—— OFFICE LOCATIONS ——

31 S. Main St., Brooksville, FL 34601    600 S.E. US Hwy. 19, Crystal River, FL 34427    14233 7th St., Dade City, FL 33523    609 W. Azeele St., Tampa, FL 33606
Office: 352-796-0016    Office: 352-651-5111    Office: 352-437-7777    Office: 813-317-5927

040523003493

Besim Basha
Chubb
Page 3 of 3

Any settlement is subject to UM approval.

**Because of the value of the claim and your insured'(s) <u>relatively limited policy limits</u>, it is clear that the tendering of the full policy limits is warranted at this point. You have everything you need to fairly and accurately evaluate this claim based on the circumstances and coverages.**

**Let me be clear, this is your <u>one and only opportunity</u> to act in good faith and protect your insured(s) from excess exposure.** Time is of the essence, and we expect that you will do everything necessary to evaluate the claim and **tender** the policy limits as set forth above to fulfill your fiduciary duty owed to your insured(s). Because of the severity of our client's injuries and the relatively limited liability insurance carried by your insured(s), it is important that the case be settled promptly. <u>I trust that you will forward a copy of this correspondence to your insured(s) and their personal counsel.</u> We look forward to your timely response.


Very Truly Yours,
**LOWMAN LAW FIRM**

Vincent Massaro, Esq.

VMM/td

Enclosures

OFFICE LOCATIONS

31 S. Main St., Brooksville, FL 34601    600 S.E. US Hwy. 19, Crystal River, FL 34427    14233 7th St., Dade City, FL 33523    609 W. Azeele St., Tampa, FL 33606
Office: 352-796-0016                      Office: 352-651-5111                          Office: 352-437-7777                    Office: 813-317-5927

040523003493