# EXHIBIT "3"

IN THE CIRCUIT COURT OF THE
6TH JUDICIAL CIRCUIT IN AND FOR
PASCO COUNTY, FLORIDA

CIVIL DIVISION

CASE NO:  2023-CA-002635

JAMIE A. DUNAWAY
Individually, and BRYAN
DUNAWAY, Her Spouse,

       Plaintiff,

vs.

RYAN A. FREDRICKSON,
HARRY HINKLEMAN and JANE HINKLEMAN,

       Defendants.

_____/

## PROPOSAL FOR SETTLEMENT TO DEFENDANT, HARRY HINKLEMAN

    **COMES NOW** the Plaintiff, JAMIE A. DUNAWAY, by and through her undersigned counsel, and hereby makes the following Proposal for Settlement pursuant to Rule 1.442, Florida Rules of Civil Procedure, and Florida Statute §768.79:

    1.    NAME OF THE PARTY OR PARTIES MAKING THE PROPOSAL:  Plaintiff, JAMIE A. DUNAWAY.

    2.    PARTY OR PARTIES TO WHOM THE PROPOSAL IS BEING MADE: Defendant, HARRY HINKLEMAN.

    3.    IDENTIFY THE CLAIM OR CLAIMS THE PROPOSAL IS ATTEMPTING TO RESOLVE:  The claims this Proposal is attempting to resolve are all damages that would otherwise be awarded in a final judgment in this action presented by Plaintiff, JAMIE A. DUNAWAY*, in the*

040523003493

*Circuit Court, Civil Case Number: 2023-CA-002635 pending in the 6th Judicial Circuit, in and for*

*Pasco County, Florida, against Defendant,* HARRY HINKLEMAN.

4.      ANY RELEVANT CONDITIONS:   Defendant, HARRY HINKLEMAN, shall

provide payment after the acceptance of this Proposal for Settlement, and Plaintiff will execute and

file with the Court a dismissal with prejudice of this action against Defendants, HARRY

HINKLEMAN and JANE HINKLEMAN, *only.*

5.      TOTAL AMOUNT OF PROPOSAL:   FOUR HUNDRED SEVENTY-NINE

THOUSAND DOLLARS AND NINETY-NINE CENTS ($479,999.99).

6.      STATE WHETHER THE PROPOSAL INCLUDES ATTORNEY'S FEES:   The

claims that are subject to this Proposal/Offer do not include claims for attorney's fees; however, to the

extent that such damages and/or fees are sought or recovered, they are included in this Proposal/Offer

for Settlement.

040523003493

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the Proposal for Settlement has been furnished via electronic

mail to:

Lauren L. Haynes, Esquire
FBN 0085105
**BANKER LOPEZ GASSLER P.A.**
501 East Kennedy Blvd., Ste 1700
Tampa, FL 33602
(813) 221-1500; Fax No: (813) 222-3066
Service-lhaynes@bankerlopez.com
*Attorney for Defendants,*
*Harry Hinkleman and Jane Hinkleman*

**Dated this 16th of February 2024.**

**LOWMAN LAW FIRM**

_____

**VINCENT M. MASSARO, Esq.**
**FBN: 0092872**
**BRENT M. LOWMAN, Esq., CPA,**
**FBN: 0093239**
31 S. Main Street
Brooksville, Florida   34601
P: (352) 796-0016
F: (352) 797-7414
pleadings@lowmanlawfirm.com – Primary
**Counsel for Plaintiff**

**Dunaway vs Fredrickson, et, al.**
**Pasco County Case No. 2023-CA-002635**
**Page 3 of 3**

040523003493