IN THE CIRCUIT COURT OF THE
6TH JUDICIAL CIRCUIT IN AND FOR
PASCO COUNTY, FLORIDA

CIVIL DIVISION

CASE NO:  2023-CA-002635

JAMIE DUNAWAY, Individually and
BRYAN DUNAWAY, her Spouse

        Plaintiffs,

vs.

RYAN A. FREDRICKSON, HARRY HINKLEMAN and
JANE HINKLEMAN,

        Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

**THIS CAUSE** having come before this Court on Plaintiff's Motion for Default Judgment as to Defendant RYAN A. FREDRICKSON, and this Honorable Court being fully advised on the matter, it is:

**ORDERED and ADJUDGED:**

1)     Plaintiff's Motion for Default Judgment is hereby **GRANTED**.

2)     Defendant RYAN A. FREDRICKSON is hereby defaulted in this action.

3)     Plaintiff will mail a copy of the executed Order to Defendant, Ryan Fredrickson.

**DONE AND ORDERED** in Chambers, Pasco County, Florida on this _____day of _____-
_____, 2025.

2023-CA-002635 11/21/2025 4:57 PM
Circuit Judge Kimberly Sharpe Byrd    ARPE BYRD
2023-CA-002635 11/21/2025 1:14:57 PM

cc:    Joseph A. Lowman, Esq., J. Alexander Lao, Lowman Law Firm, 31 S. Main St., Brooksville, FL 34601; pleadings@lowmanlawfirm.com, counsel for Plaintiff.
Jonathan N. Zaifert, Esq., Caglianone, Miller & Zaifert, P.A., 1580 W. Cleveland St., Tampa, FL 33606, jzaifert@cagmil.com, co-counsel for Plaintiff
Lauren Haynes, Esq., Banker Lopez Gassler, 501 E. Kennedy Blvd., Ste. 1700, Tampa, FL 33602, service-lhaynes@bankerlopez.com, counsel for Defendants Hinkleman
Ryan Fredrickson, ID: 301749, Pasco Corrections, 20101 Central Blvd., Land O'Lakes, FL 34637

UNOFFICIAL DOCUMENT

Nikki Alvarez-Sowles, Esq., Pasco County Clerk & Comptroller 11/21/2025 1:16:36 PM